UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MICHAEL PATRICK YOUNG, | Case No. 2:25-cv-00516-CDS-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA dba DEPARTMENT OF MOTOR VEHICLES, | |
| Defendant. | |

Pending before the Court is Plaintiff's Initiating Documents (ECF No. 1) and Motion to Set Up A[n] Eminent Domain Proceeding (ECF No. 3). Plaintiff cannot commence a case before the U.S. District Court for the District of Nevada without paying the $405 filing fee or filing a complete Application to Proceed *in forma pauperis*. Plaintiff has done neither. Further, Plaintiff must file a Complaint on the Court's form, which he has not done.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Set Up A[n] Eminent Domain Proceeding (ECF No. 3) is DENIED without prejudice.

IT IS FURTHER ORDERED that no later than **April 18, 2025** Plaintiff **must** either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* together with a Complaint.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the form Complaint and instructions for completing both.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 31st day of March, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE